IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHAHIRA JANAE GOLIDAY**                                                               **PLAINTIFF**

**V.**                                  **NO. 3:20-CV-228-DMB-RP**

**ANDREW SAUL,**
**Commissioner of Social Security**                                          **DEFENDANT**

## ORDER

On May 21, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") in this appeal by Shahira Janae Goliday from an unfavorable decision of the Commissioner of Social Security. Doc. #23. The R&R recommends that the decision be reversed and remanded for a rehearing of Goliday's application under the fourth sentence of 42 U.S.C. § 405(g). *Id*. at 6. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [23] is **ADOPTED** as the order of the Court. The Commissioner's decision is **REVERSED** and this case is **REMANDED**.

**SO ORDERED**, this 15th day of June, 2021.

                                                             /s/Debra M. Brown
                                                             **UNITED STATES DISTRICT JUDGE**